**Denied and Opinion Filed February 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00189-CV

### IN RE KEVIN MICHAEL DOHERTY, Relator

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-14-1043**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Whitehill
Opinion by Justice Evans

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate the portion of the February 9, 2015 Second Additional Temporary Orders that require the payment of temporary spousal support. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has failed to establish a right to relief. We **DENY** the petition.

150189F.P05

/David Evans/
DAVID EVANS
JUSTICE